UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEO WATI DAYAL, ) | Case No. 5:14-cv-04060-PSG |
| ) | |
| Plaintiff, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 26)** |
| ) | |
| BASELINE FINANCIAL SERVICES, INC., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Based on the parties' joint case management statement[1] and this week's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days from this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

---
[1] Docket No. 21.

1

Case Nos. 5:14-cv-04060-PSG
CASE SCHEDULING ORDER

Initial Expert Disclosure & Report Deadline ......................................................... June 1, 2015

Rebuttal Expert Disclosure & Report Deadline .................................................. June 16, 2015

Fact Discovery Cut-Off ...................................................................................September 1, 2015

Expert Discovery Cut-Off ..............................................................................September 16, 2015

Dispositive Motions Hearing.........................................................October 6, 2015 at 10 AM

Pre-Trial Conference ......................................................................January 5, 2016 at 10 AM

Jury Trial ...................................................................................January 19, 2016 at 9:30 AM

**SO ORDERED.**

Dated: January 30, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case Nos. 5:14-cv-04060-PSG
CASE SCHEDULING ORDER